IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **BIZMARK, INC., ET AL.,** | ) | |
| Plaintiffs, | ) | Case No. 2:04CV00109 |
| v. | ) | **ORDER** |
| **INDUSTRIAL GAS & SUPPLY CO., INC., ET AL.,** | ) | By: James P. Jones<br>Chief United States District Judge |
| Defendants. | ) | |

The remaining plaintiff Bizmark, Inc. has filed a Motion for Reconsideration as to the court's decision granting in part Motions to Dismiss by the defendants. *See Bizmark, Inc. v. Indus. Gas & Supply Co.*, 358 F. Supp. 2d 518 (W.D. Va. 2005). The plaintiff's Motion is merely a reiteration and reformulation of arguments previously made and considered by the court. Accordingly, it is **ORDERED** that the Motion for Reconsideration is DENIED.

The plaintiff has also filed a Motion to Amend Plaintiff's Answer to Defendant's Counterclaim and a Motion to Substitute Air Products, Inc. as a Party Defendant in Place of Industrial Gas & Supply Co., Inc. No objections have been made to these Motions by the defendants. Accordingly, it is **ORDERED** that the Motions are GRANTED and Air Products, Inc. is substituted in the place of Industrial Gas & Supply Co., Inc.

ENTER: May 31, 2005

/s/ JAMES P. JONES
Chief United States District Judge