# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| BIZMARK, INC.,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   Civil Action No. 2:04cv00109<br>) |
| AIR PRODUCTS, INC.,<br>    Defendant. | )   <u>**FINAL JUDGMENT AND ORDER**</u><br>)<br>) |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable Pamela Meade Sargent, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that the court grant the defendant's motion (Docket Item No. 94), and deny the plaintiff's motion, (Docket Item No. 97). Objections to the Report and Recommendation have been filed, and the court, upon *de novo* review of the record, is of the opinion that the report should be adopted. It is, accordingly,

## ADJUDGED and ORDERED

that the plaintiff's motion shall be and is hereby DENIED, and the defendant's motion shall be and is hereby GRANTED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

The Clerk is directed to close the case.

    **ENTER:**    March 29, 2006.

                                         /s/ Glen M. Williams
                            **SENIOR UNITED STATES DISTRICT JUDGE**